172 So.2d 293

**Longdon H. STONE, Lawrence A. Stone II and Mrs. Sally G. Stone, individually and d/b/a Lawrence A. Stone Agency,**

v.

**Mrs. Julia MATTES, wife of/and Hubert Edward ELLZEY.**

No. 47641.

March 12, 1965.

In re: Mrs. Julia Mattes, wife of/and Hubert Edward Ellzey applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 170 So.2d 120.

Writ refused. On the facts found by the Court of Appeal the result is correct.

172 So.2d 293

**Lucille TOTINA, wife of/and Frederick A. ANDRAS**

v.

**M. P. TROUARD and Best Amusement Co., Inc. and Harry J. Duvigneaud, Jr.**

No. 47642.

March 12, 1965.

In re: Lucille Totina, wife of/and Frederick A. Andras applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 170 So.2d 209.

The application is denied. According to the facts of the case, as found to be by the Court of Appeal, there appears no error in the judgment complained of.

172 So.2d 293

**Mrs. Melanie R. HEYERDALE**

v.

**Mrs. Paul Benedict HANEMAN and L. P. de la Houssaye, d/b/a Enterprise Construction Company.**

No. 47649.

March 12, 1965.

In re: L. P. de la Houssaye applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 170 So.2d 401.

Writ refused. On the facts found by the Court of Appeal the judgment is correct.